UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRISCILLA McMANUS,<br><br>  Plaintiff,<br><br>  v.<br><br>NBS DEFAULT SERVICES, et al.,<br><br>  Defendants. | No. 2:18-cv-02047-JAM-AC (PS)<br><br><br>ORDER |

On September 10, 2018, the undersigned issued Findings and Recommendations to District Judge John A. Mendez recommending, in part, that portions of plaintiff's case be dismissed with leave to amend. ECF No. 22. Before Judge Mendez had the opportunity to rule on the Findings and Recommendations, plaintiff submitted an amended complaint. ECF No. 26. Plaintiff's amended complaint is premature and improperly filed, and is therefore STRICKEN. Plaintiff's opportunity to amend will arise only if Judge Mendez adopts the submitted Findings and Recommendations; plaintiff must await a ruling from Judge Mendez before any amended complaint can be filed. Accordingly, IT IS HEREBY ORDERED that plaintiff's first amended complaint (ECF No. 26) is STRICKEN.

DATED: October 2, 2018

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE