UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRISCILLA McMANUS,<br><br>Plaintiff,<br><br>v.<br><br>NBS DEFAULT SERVICES, LLC, BANK OF AMERICA, N.A., NATIONSTAR MORTGAGE, LLC, and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.,<br><br>Defendants. | No. 2:18-cv-2047 JAM AC (PS)<br><br>ORDER |

Plaintiff, proceeding pro se, filed the above-entitled action. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

On March 13, 2019, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice to the parties that any objections to the findings and recommendations were to be filed within twenty-one days. ECF No. 44. No objections to the findings and recommendations have been filed.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed March 13, 2019 are adopted in full;

2. Defendants' motion to dismiss (ECF No. 37) is GRANTED and plaintiff's causes of action for (1) fraud and (2) to void or cancel assignment are dismissed from this case without further leave to amend;

3. The court declines to dismiss defendant Mortgage Electronic Registration Systems from this action; and

4. Defendants are directed to file their answer to the remaining causes of action within the time provided by Rule 12(a)(4)(A) of the Federal Rules of Civil Procedure.

DATED: April 17, 2019

<u>John A. Mendez</u>
UNITED STATES DISTRICT COURT JUDGE