UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRISCILLA McMANUS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>NBS DEFAULT SERVICES, LLC, BANK OF AMERICA, N.A., NATIONSTAR MORTGAGE, LLC and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.,<br><br>　　　　　Defendants. | No. 2:18-cv-2047 JAM AC (PS)<br><br>ORDER |

Plaintiff Priscilla McManus initiated this wrongful foreclosure action in pro se on June 20, 2018, by filing a complaint against defendants in the County of El Dorado Superior Court. ECF No. 1-1 at 14-30. Defendants removed the action to this court on July 26, 2018. ECF No. 1. The matter was referred to the court's voluntary dispute resolution program. ECF No. 49. Two appointed neutrals have withdrawn due to conflicts of interest. ECF Nos. 51, 53. A new neutral was appointed on November 14, 2019. ECF No. 55. Plaintiff now moves the court to issue an order to show cause, expressing frustration with the delay in this case. ECF No. 56 at 2.

The motion for an order to show cause (ECF No. 56) is DENIED. Pursuant to Local Rule 271(j)(1), the parties have 91 days to complete the VDRP process once a neutral is appointed. That deadline in this case has not yet passed. If there is a conflict of interest, a neutral has an

obligation to withdraw, and this may cause delay. While the court is sympathetic to plaintiff's frustration, there is no reason to issue an order to show cause.

IT IS SO ORDERED.

DATED: December 30, 2019

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE