| | |
|---|---|
| PRISCILLA McMANUS,<br><br>Plaintiff,<br><br>v.<br><br>NBS DEFAULT SERVICES, LLC. et al.,<br><br>Defendants. | No. 2:18-cv-2047 JAM AC PS<br><br><br>ORDER |

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

    Plaintiff is proceeding in this action in pro per. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

    On April 16, 2021, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty- one days. ECF No. 117. Plaintiff has filed objections to the findings and recommendations. ECF No. 118.

    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

////

////

1

| | |
|---|---|
| 1 | Accordingly, IT IS HEREBY ORDERED that: |
| 2 | 1. The findings and recommendations filed April 16, 2021, are adopted in full; and |
| 3 | 2. Defendants' motions for summary judgment (ECF No. 108 and 110) are GRANTED, |
| 4 | the judgment is entered in favor of all defendants, and this case is CLOSED. |

DATED: June 28, 2021

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE