UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRISCILLA McMANUS, | No. 2:18-cv-02047-TLN-AC |
| Plaintiff, | |
| v. | **ORDER** |
| NBS DEFAULT SERVICES, LLC, et al., | |
| Defendants. | |

This matter is before the Court on Defendant Nationstar Mortgage LLC d/b/a Mr. Cooper's motion to expunge from the public record the notice of pendency of action (*lis pendens*) related to this action and recorded by Plaintiff Priscilla McManus in the Official Records of El Dorado County on July 6, 2018 as Document Number 2018-0026089-00.  Having considered the motion and noting no opposition, IT IS HEREBY ORDERED that:

1. Nationstar's motion to expunge (ECF No. 130) is GRANTED.

2. The Notice of Pendency of Action (*lis pendens*) recorded by Plaintiff Priscilla McManus in the El Dorado County Recorder's Office on July 6, 2018 as document number 2018-000026089-00 against the real property located at 1600 Starbuck Road, Rescue, California 95672, and more particularly described as:

PARCEL 1 OF THAT CERTAIN PARCEL MAP FILED IN THE

1

COUNTY OF EL DORADO DECEMBER 19, 1996, IN BOOK 46 OF PARCEL MAPS AT PAGE 8.

Assessor's Parcel Number: 102-070-51-100

is hereby ordered EXPUNGED from the public record.  This Order may be recorded in the El Dorado County Recorder's Office to evidence such expungement in the public real property records.

IT IS SO ORDERED.

**DATE:  April 14, 2023**

Troy L. Nunley
United States District Judge